**IN THE UNITED STATES DISTRICT COURT** RECEIVED
**FOR THE MIDDLE DISTRICT OF ALABAMA**
_____ **DIVISION**

2017 MAY 22 P 2:32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James D Cornett
760 NW 95th St Apt 102
Miami, Fla 33150
                **PLAINTIFF**

2:17-CV-335-MHT-CS

v.                                      CASE ACTION NO.: CV-85-T-665-N

Alabama Department of
Transportation, et al,               Judge Thompson
Alabama State Personnel Dept.        **JURY DEMAND (MARK ONE)**
Dept of         **DEFENDANT**
Corrections                          ☐ YES        ☑ NO

### EEOC COMPLAINT

1.   Plaintiff resides at 760 NW 95th St Apt 102 Miami Fla 33150

2.   Defendant(s)' name(s) Alabama State Personnel Dept. Dept of Corrections

     Location of principal office(s) of the named defendant(s) Montgomery Alabama

     Nature of defendant(s)' business Corrections

     Approximate number of individuals employed by defendant(s) 1,000

3.   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4.   The acts complained of in this suit concern:

     1.   ☐ Failure to employ me.
     2.   ☑ Termination of my employment.
     3.   ☐ Failure to promote me.
     4.   ☐ Other acts as specified below:_____
     _____

5.  Plaintiff is:
    A.  _____ Presently employed by the defendant.
        __✓__ Not presently employed by the defendant.  The dates of employement were
        _____ Employment was terminated because:

        (1)  __✓__ Plaintiff was discharged.
        (2)  _____ Plaintiff was laid off.
        (3)  _____ Plaintiff left job voluntarily.

6.  Defendant(s)' conduct is discriminatory with respect to the following:

    A.  __✓__ My race.
    B.  _____ My religion.
    C.  _____ My sex.
    D.  _____ My national origin.
    E.  _____ Other, as specified below: Other Caucasion Officers were not treated the way I was that were present

7.  The name(s), race, sex, and the position  or title of the individual(s) who allegedly
    discriminated against me during the period of my employment with the defendant company
    is (are) I can not recall the Names specifically because some are not there anymore but I was hired in 1979 and worked until 1983 and was never given any promotion.

8.  The alleged discrimination occurred on or about Spring 1983.

9.  The nature of my complaint, i.e., the manner in which the individual(s) named above
    discriminated against me in terms of the conditions of my employment, is as follows: On this particular day I was not allowed to perform my duty as a Correctional Officer and was told to go home, I was signing the duty roster to see my assignment along with other officers who were caucasian as I proceeded to the rear and the locked cell block area along with the other officers who were caucasian, we could not enter the area because the entrance gates were closed and their was not an officer manning central control to open the gates to allow us access. It seems as though their was some kind of disturbance behind the locked gates, eventually we were let in to investigate. Later I was called to the office and told to go home, I was the only one sent home, Caucasian officers were not told to go.

10. The alleged illegal activity took place at This happened at Kilby Correctional Facility in Mt. Meigg Alabama. I was told that I could no longer work there.

11.    I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about ___*23 June    2016*___.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on _____.

12.    I seek the following relief:

A.    ✔ Recovery of back pay.
B.    ___ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: *5/18/2017* _____

*James D Corzette*
_____
Signature of Plaintiff

*760 N.W. 95th St Apt 102*
*Miami    Fla    33150*
*786 383 5787 or 786 317 2050*
_____
Address & Telephone Number of Plaintiff